**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATTI GEMMELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A. INC., a Delaware Corporation; VERNOICA TAPIA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 1:25-CV-00012-KES-BAM<br><br>**STIPULATION AND ORDER REMANDING ACTION**<br><br>(Doc. 9) |

1

1 **TO THE HONORABLE COURT**, this Stipulation is made by and between Plaintiff PATTI GEMMELL ("Plaintiff") and Defendant HOME DEPOT U.S.A., INC., ("Defendant") (collectively, the "Parties") by and through their respective counsel of record, do hereby present this Stipulation and [Proposed] Order. In furtherance thereof, the Parties stipulate as follows:

1. On January 17, 2025, Plaintiff filed an amended complaint.
2. Parties agree the federal question claim has been removed and the Court no longer has jurisdiction.
3. This action shall be remanded back to the California Superior Court for the County of Tulare.

**SO STIPULATED AND AGREED.**

DATED:  February 13, 2025                    **JOSEPH FARZAM LAW FIRM**

By: */s/ Christopher F. Goodrich*
Christopher F. Goodrich, Esq.
Attorney for Plaintiff
PATTI GEMMELL

DATED:  February 13, 2025                    **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

By: _____

Amber M. Solano, Esq.
Casandra P. Secord, Esq.
Amie J. Gonzales, Esq.
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**ORDER**

Pursuant to the stipulation, and good cause appearing, this action shall be remanded back to the Tulare County Superior Court. The Clerk of Court is directed to mail a copy of this order to the Tulare County Superior Court and close this case.

IT IS SO ORDERED.

Dated:   February 24, 2025

UNITED STATES DISTRICT JUDGE